UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EMILY KLEINER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-01589-JMS-MKK |
| ) | |
| ELEVANCE HEALTH, INC., ) | |
| ) | |
| Defendant. ) | |

### ENTRY FROM ZOOM SETTLEMENT CONFERENCE

The Parties, in person and by counsel, appeared for a Zoom settlement conference on July 18, 2024, with the Magistrate Judge. The parties reached an agreement to resolve all claims. Plaintiff's counsel shall email a courtesy copy of the settlement agreement, signed by Plaintiff, to Chambers at mjklump@insd.uscourts.gov no later than 4:30 p.m. on July 18, 2024.

The conference concluded without further order.

Date: 7/18/2024

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.